JAMES RADCLIFFE & SONS COMPANY et al., respondents,

*v.*

CHARLES E. KNOBLE, JR., et al., appellants.

[Decided January 5th, 1933.]

*Mr. James N. Wright* and *Messrs. Stickel & Stickel,* for the respondents.

*Frances Hart,* for the appellants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported in *109 N. J. Eq. 309, sub nom. James Radcliffe, &c., Sons Co.* v. *Borough of Hawthorne.*

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 16.

*For reversal*—None.